UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-CR-20199-BLOOM**

**UNITED STATES OF AMERICA**

**v.**

**IRVIN LEAL GARCIA,**

   **Defendant.**
_____/

### JOINT STIPULATION AND MOTION TO AMEND
### SENTENCING JUDGMENT REGARDING RESTITUTION

The United States of America and the Defendant, Irvin Leal Garcia, through counsel, hereby stipulate and agree that the appropriate amount of restitution to be ordered in this case is $19,240.00, to be made payable to Roberto Manoly.

The parties jointly request that the Court order the Defendant to pay restitution as stipulated. The United States will provide the Probation Office with the victim's contact information.

**[Intentionally left blank]**

The United States and the defendant also respectfully request that the Court amend the Judgment in a Criminal Case, to include a restitution order as stipulated herein.

Respectfully submitted,

| MICHAEL CARUSO | MARKENZY LAPOINTE |
| --- | --- |
| FEDERAL PUBLIC DEFENDER | UNITED STATES ATTORNEY |

BY: */s/  Aimee Ferrer*  
Aimee Ferrer  
Supervisory Assistant Federal Public Defender  
150 West Flagler Street, Suite 1700  
Miami, FL 33130  
305-530-7000  
Aimee_Ferrer@fd.org  
Florida Bar No.   17827

BY: */s/ Katherine W. Guthrie*  
Katherine W. Guthrie  
Assistant United States Attorney  
99 NE 4th Street  
Miami, Florida 33132  
305-960-7000  
Katherine.Guthrie@usdoj.gov  
Court ID No. A5502786